UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| IN RE: JENNIFER M BERRY, | Case No. 4:20-bk-10393 |
| DEBTOR | Chapter 13 |

| | |
|---|---|
| SELECT PORTFOLIO SERVICING, INC. AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE6 | MOVANT |
| vs. | |
| JENNIFER M. BERRY, DEBTOR AND JACK W. GOODING, TRUSTEE | RESPONDENTS |

**ORDER**

Pursuant to the Objection to Confirmation filed herein by Movant, Select Portfolio Servicing, Inc. as servicer for Deutsche Bank National Trust Company, As Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 and the Court, being fully advised, finds that the Objection is **SUSTAINED** upon conditions. The Debtors shall modify the plan within twenty-eight (28) days to provide for movant in section 3.2 of the plan, with a monthly payment amount of $565.27 and an arrearage of $15,975.86 to be paid at $266.25 per month.

The plan shall also provide for pre-confirmation adequate protection payments to Movant in the amount of $565.27 per month as set forth in the Amended Order Granting Motion to Impose the Automatic Stay entered at docket number 46.

IT IS SO ORDERED.

_____
RICHARD D. TAYLOR
United States Bankruptcy Judge

Date: May 7, 2020

13-000103-850

APPROVED AS TO FORM:

MACKIE WOLF ZIENTZ & MANN, P.C.
124 W. Capitol Avenue, Suite 1560
Little Rock, AR 72201
Phone: (501) 218-8111
Facsimile: (501) 588-0070
Email: smcdaniel@mwzmlaw.com

By: */s/ Sarah Murphy McDaniel*
 Sarah Murphy McDaniel (Bar No. 2012130)

Leslie N. Mann (Bar No. 95142)
Sarah Murphy McDaniel (Bar No. 2012130)
Stephen Wu (Texas Bar No. 24042396)*
*Licensed to Practice in Eastern and Western Districts of Arkansas

Attorney for Movant


By: /s/Jennifer Wyse
 Jennifer Wyse
 Attorney for Debtor
 P.O. Box 1254
 Hot Springs, AR 71902


By: /s/ Matthew Black, Staff Attorney for
 Jack W. Gooding
 Chapter 13 Trustee
 PO Box 8202
 Little Rock, AR 72221

13-000103-850